**UNITED STATES BANKRUPTCY COURT**

**VOLUNTARY PETITION**

| Name of Debtor (if individual, enter Last, First, Middle): **ROBINSON PIER J** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **4637** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): **6405 S Hermitage, Chicago, Illinois**    ZIP CODE **60636** | Street Address of Joint Debtor (No. and Street, City, and State):    ZIP CODE |
| County of Residence or of the Principal Place of Business: **Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):    ZIP CODE | Mailing Address of Joint Debtor (if different from street address):    ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):    ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- ☒ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)
- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check **one** box.)
- ☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box.)
- ☐ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☒ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**FILED DEC 12 2014**   JEFFREY P. ALLSTEADT, CLERK   U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS

**Estimated Number of Creditors**

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: Northern District of Illinois | Case Number: | Date Filed: 2005 |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)    (Date)

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | |
|---|---|
| *(This page must be completed and filed in every case.)* | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _[signature]_
Signature of Debtor

X _____
Signature of Joint Debtor

773-457-0393
Telephone Number (If not represented by attorney)

12/12/14
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_Ted Robinson_
Printed Name and title, if any, of Bankruptcy Petition Preparer

_[redacted]_
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

6905 S Hermitage
Chicago IL 60636
Address

X _[signature]_
Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

[Reset]  [Save As...]  [Print]

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re _Pearl P Robinson_ ,                    Case No._____
        Debtor                                            (if known)


## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/09) -- Cont.

Page 2

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: _____

Date: 12/12/14

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: *Pier Robinson*         )
                               )
                               )
                               )
          Debtor (s)           )    Case No.
                               )
                               )    Chapter 7
                               )
                               )

List of Creditors

|  |  |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Debtor/Joint Debtor's Name: Robinson Tier

| | |
|---|---|
| Account No. 4V:3CLF9/IL9193131/871 | Account No. GEC1732920/6567 (Paypal) |
| City of Country Club Hills<br>PO Box 66006<br>Chicago, Il 60666-0006 | Professional Bureau of Collections of Maryland Inc<br>PO Box 628<br>Elk Grove, Ca 95759 |
| Account No. 19625890/1016 (Walmart) | Account No. 13681848 (Resurrection Medical) |
| Leading Edge Recovery Solutions<br>5440 N Cumberland Ave Ste 300<br>Chicago, Il 60656-1490 | ICS Collection Service<br>PO Box 1010<br>Tinley Park, Il 60477-9110 |
| Account No. RHC201/008829338/N97 (St. Joseph) | Account No. HVZ634/65305155/7820 (Chase) |
| Grant & Weber Inc<br>861 Coronado Center Drive suite 211<br>Henderson, Nv 89052 | Financial Recovery Services, Inc<br>PO Box 385908<br>Minneapolis, Mn 55438-5908 |
| Account No. 7734342020994/93505563 | Account No. 016760895/2196 |
| Bay Area Credit Services<br>1000 Abernathy R. NE Ste 195<br>Atlanta, Ga 30328 | Client Services Inc.<br>3451 Harry S. Truman Blvd<br>St. Charles, Mo 63301 |
| Account No. 13282117079/3020 (Old Navy) | Account No. 2500007006936 |
| Nationwide Credit, Inc<br>2002 Summit Blvd. Ste 600<br>Atlanta, Ga 30319 | Peoples Gas<br>PO Box 19100<br>Greenbay, Wi 54307 |
| Account No. 00325923 (Resurrection) | Account No. B1112400351 |
| Resurrection Medical Group<br>62145 Collections Drive<br>Chicago, Il 60693 | St. Joseph Hospital<br>2900 N. Lake Shore Dr<br>Chicago, Il 60657 |
| Account No. 7005670389/IL9193131 | Account No. 8562668491/6044071034656567 |
| City of Chicago Dept. of Finance<br>PO Box 88292<br>Chicago, Il 60680 | Midland Credit Management Inc<br>8875 Aero Drive Suite 200<br>San Diego, CA 92123 |
| Account No. 34624484/1052 (Kohl's) | Account No. 19227542/6567 (Paypal) |
| FMS Inc.<br>PO Box 707600<br>Tulsa, OK 74170-7600 | Leading Edge Recovery Solutions<br>5440 N. Cumberland Ave Ste 300<br>Chicago, Il 60656-1490 |
| Account No. 00039336837/1-786 | Account No. 6184-00048/7048 |
| Target National Bank<br>PO Box 660170<br>Dallas, TX 75266-0170 | Blast Fitness/ABC Financial Services<br>PO Box 6800<br>Sherwood, AR 72124-6800 |
| Account No. 1000222503/A156 | Account No. 089743765/4383 (Barclay Bank) |
| Extra Space Management Inc<br>2795 E. Cottonwood Pkwy Suite 400<br>Salt Lake City, UT 84121 | Capital Management Services LP<br>698 ½ South Ogden Street<br>Buffalo, NY 14206-2317 |
| Account No. 1267516/7820 (Chase) | Account No. 28570422/2196 (Macy's) |
| MRS Associates of New Jersey<br>1930 Olney Ave<br>Cherry Hill, NJ 08003 | ARS National Services, Inc<br>PO Box 463023<br>Escondido, CA 92046-3023 |
| Account No. 5155990069646622 | Account No. 7048 |
| Portfolio Recovery Associates, LLC<br>PO Box 12914<br>Norfolk, VA 23541 | Northstar Location Services, LLC<br>4285 Genesee Street<br>Cheektowaga, NY 14225-1943 |

Debtor/Joint Debtor's Name: Robinson, Peter

| Account No. 719230034 | Account No. 25267618/4702 (Carecredit) |
| --- | --- |
| U.S. Cellular<br>Dept. 0205<br>Palatine, Il 60055 | Monarch Recovery Management<br>PO Box 21089<br>Philedelphia, Pa 19114 |
| Account No. 233204/11200935 (Speedway) | Account No. 5155990069646622 |
| NCO Financial Systems<br>PO Box 9186<br>Dublin, Oh 43017 | Orchard Bank<br>PO Box 71104<br>Charlotte, NC 28272 |
| Account No. 232018969684 | Account No. 860742985 |
| AT&T Wireless Mobility<br>PO Box 6416<br>Carol Stream, Il 60197 | T-Mobile Bankruptcy Team<br>PO Box 53410<br>Bellevue, Ca 98015 |
| Account No. 19475687/2196 (Macy's) | Account No. 253210 |
| Phillips & Cohen Associates<br>1004 Justion Blvd<br>Wilmington, De 19801 | Advance Me Today<br>PO Box 124-1007<br>San Jose, Costa Rica 10102 |
| Account No. 31852318/7820 (Chase) | Account No. 04720223227004 |
| United Recovery System<br>PO Box 722929<br>Houston, Tx 77272 | Radiological Physicians<br>PO Box 2150<br>Bedford Park, Il 60499 |
| Account No. 08515992 | Account No. 1317840/7048 (Barclays Bank) |
| Avon Products, Inc<br>6901 Golf Dr<br>Morton Grove, Il 60053 | Dynia & Associates, LLC<br>4849 N. Milwaukee Suite 801<br>Chicago, Il 60630 |
| Account No. 711740068/8778898 (US Cellular) | Account No. 0558190897/22265229 (Sprint) |
| Diversified Adjustments Services<br>600 Coon Rapids Blvd.<br>Coon Rapids, Mi 55423 | West Assessment Management<br>PO Box 2348<br>Sherman, Tx 75901 |
| Account No. C72589-C72589 (Physicians Mngmt) | Account No. 307586 |
| Creditors Discount<br>415 E. Main Street PO Box 213<br>Streaton, Il 61364 | Jefferson Capital LLC<br>16 McLeland Rd<br>Saint Cloud, Mn 56302 |
| Account No. 5049941578280098 | Account No. 1001507126 |
| Sears/CBNA<br>133200 Smith Rd<br>Cleveland, Oh 44130 | Speedway<br>PO Box 1590<br>Springield, Oh 45501 |
| Account No. 9658641786 | Account No. 6045851004015251/GE TJX |
| TD Bank USA/Target Credit<br>3701 Wayzata Blvd<br>Minneapolis Mn 55416 | Portfolio Recovery Associates<br>Riverside Commerce Center<br>120 Corporate Blvd Norfolk, Va 28502 |
| Account No. 6019183096744701 | Account No. 53622861541 |
| GECRB/Care Credit<br>PO Box 965036<br>Orlando, Fl 32896 | GECRB/JC Penny<br>PO Box 865007<br>Orlando, Fl 32896 |
| Account No. 6018596396893020 | Account No. 6045851004015251 |
| GECRB/Old Navy<br>PO Box 965005<br>Orlando, Fl 32896 | GECRB/TJX Co<br>PO Box 965005<br>Orlando, Fl 32896 |

Debtor/Joint Debtor's Name: Robinson, Mel

| | |
|---|---|
| Account No. GEC1753419/3020 (Old Navy) | Account No. 09007874370/0710 |
| Professional Bureau of Collections Maryland, Inc<br>PO Box 628<br>Elk Grove, CA 95759 | Credit Collections Services<br>Two Wells Avenue<br>Newton, MA 02459 |
| Account No. 70-J-261428 | Account No. 25176914/6164 |
| Tri-State Financial<br>PO Box 2520<br>Wilkes-Barre, PA 18703-0018 | Monarch Recovery Management, Inc<br>PO Box 21089<br>Philadelphia, PA 19114-0589 |
| Account No. 0569-005259 | Account No. 6032201443651016 |
| Planet Fitness<br>9503 South Cicero Avenue<br>Oak Lawn, Il 60453 | GECRB/Walmart<br>PO Box 965024<br>Orlando, Fl 32896 |
| Account No. 6044071034656567 | Account No. 059080071000 |
| GECRB/Paypal<br>PO Box 965005<br>Orlando, Fl 32896 | Kohl's/Capital One<br>PO Box 3115<br>Milwaukee, WI 53201 |
| Account No. 712227/1001507126 (Speedway) | Account No. 15724221/1052 (Kohl's) |
| Alpha Recovery Corp<br>5660 Greenwood Plaza Blvd, Suite 101<br>Greenwood Village, Co 80111 | J.C. Christensen & Associates, Inc<br>PO Box 519<br>Sauk Rapids, MN 56379 |
| Account No. 25383356/8690 (Target) | Account No. 09007874370/0710 (Kohl's) |
| Firstsource Advantage, LLC<br>205 Bryant Woods South<br>Amherst, NY 14228 | Credit Collection Services<br>Two Wells Avenue<br>Newton, MA 02459 |
| Account No. 046320342-01/23209869684 (AT&T) | Account No. 80435215 (AT&T) |
| AFNI, Inc.<br>PO Box 3517<br>Bloomington, IL 61702 | Bay Area Credit Service LLC<br>PO Box 467600<br>Atlanta, GA 31146 |
| Account No. 6018596396893020 | Account No. 6032201443651016 |
| Old Navy/GECRB<br>PO Box 530942<br>Atlanta, GA 30353-0942 | Walmart<br>PO Box 530297<br>Atlanta, GA 30353-0927 |
| Account No. RHC201/008829338/N97 | Account No. 4695965044947048 |
| Grant & Weber Inc<br>861 Coronado Center Drive Suite 211<br>Henderson, NV 89052 | Barclaycard Services<br>PO Box 13337<br>Philadelphia, PA 19101-3337 |
| Account No. 1016 | Account No. 589401631 |
| NCO Financial Systems, Inc<br>PO Box 17218, Dept 64<br>Wilmington, DE 19850 | Sprint PCS<br>PO Box 4191<br>Carol Stream, Il 60197 |
| Account No. 98812/2523499 | Account No. 10155 (AT&T) |
| Resurrection HME<br>PO Box 30919<br>Akron, OH 44309 | Recovery Company<br>PO Box 57547<br>Jacksonville, FL 32241-7547 |
| Account No. 414682000017 | Account No. T21232473/6164 (Amazon) |
| Emerge/FNBO<br>PO Box 105374<br>Atlanta, GA-30348-5374 | Convergent Outsourcing, Inc.<br>10750 Hammerly Blvd. #200<br>Houston, TX 77043 |

Debtor/Joint Debtor's Name: Robinson, TBR

| | |
|---|---|
| Account No. GP112312000536/6567 (Paypal) | Account No. GP122812000947/3020 (Old Navy) |
| Genpact Services,LLC<br>PO Box 1969<br>Southgate, Mi 48195-0969 | Genpact Services,LLC<br>PO Box 1969<br>Southgate, Mi 48195-0969 |
| Account No. 51721445-1-09 9 (Target) | Account No. 9262929/0073862 (Burbank Police) |
| I.C. System, Inc<br>444 Highway 96 East PO Box 64437<br>St. Paul, Mn 55164 | ICS Collection Service Inc<br>PO Box 1010<br>Tinley Park, Il 60477-9110 |
| Account No. 719230034/22-18823503 (US Cellular) | Account No. 6045781006776164 |
| CBCS<br>PO Box 2589<br>Columbus, Oh 43216 | GECRB/Amazon<br>PO Box 960013<br>Orlando, Fl 32896 |
| Account No. 6164 (Amazon) | Account No. 551070035968/5251 (GE TJX) |
| NCO Financial Systems, Inc<br>PO Box17218 Dept. 64<br>Wilmington, De. 19850 | Allied Interstate LLC<br>PO Box 4000<br>Warrenton, Va 20188 |
| Account No. 551071038669/4701 (CARECREDIT) | Account No. 38706385/232019869684 (AT&T) |
| Allied Interstate LLC<br>PO Box 4000<br>Warrenton, Va 20188 | Southwest Credit<br>4120 International Pkwy, Suite 1100<br>Carrollton, Tx 75007-1958 |
| Account No. 017022957/1016 (Walmart) | Account No. KQG680/8690/13133623 (Target) |
| Client Services Inc.<br>3451 Harry S. Truman Blvd<br>St. Charles, Mo 63301 | Financial Recovery Services<br>PO Box 385908<br>Minneapolis, Mn 55438 |
| Account No. 221473/6008895362286154 | Account No. T45910935/943165540 (Sprint) |
| Smith & Cohen (Brightwater Capital, LLC)<br>PO Box 10645<br>Saint Paul, Mn 55110-0645 | ER Solutions, Inc. 800 SW 39th St<br>PO Box 9004<br>Renton, Wa 98057 |
| Account No. 4962317/B0812000295 (St.Joseph) | Account No. 5049941578280098 |
| MiraMed Revenue Group<br>Dept 77304 PO Box 77000<br>Detroit, Mi 48277 | Sears Charge Plus<br>PO Box 6283<br>Sioux Falls, SD 57117 |
| Account No. 72255955/232019869684 (AT&T) | Account No. 53622861541 |
| Bureau of Collection Recovery LLC<br>7575 Corporate Way<br>Eden Prairie, Mn 55344 | JC Penny<br>PO Box 960090<br>Orlando, Fl. 32896 |
| Account No. GEC1730904/6164 (Amazon) | Account No. 4347732020994/65477494-1-39AT&T |
| Professional Bureau of Collections<br>PO Box 628<br>Elk Grove, Ca 95759 | ICS Systems, Inc.<br>PO Box 64437<br>Saint Paul, Mn 55164 |
| Account No. 42-281-302-196-0 | Account No. 32663492-1-09/719230034 (US Cell) |
| MACY'S/DSNB<br>PO Box 17759<br>Clearwater, FL-337620759 | IC System Inc<br>444 Highway 96 East, PO Box 64437<br>St. Paul, Mn 55164-0437 |
| Account No. M7G-6718591/08515992 | Account No. 6154 (JC Penny) |
| Sunrise Credit Services, Inc<br>260 Airport Plaza, PO Box 9168<br>Farmingdale, NY 11735-9986 | Advanced Call Center Technologies, LLC<br>PO Box 9091<br>Gray, Tn 37615-9091 |

Debtor/Joint Debtor's Name: _ERIC ROBISON_

| | |
|---|---|
| Account No. 589401631/6537891 (SPRINT) | Account No. 14CP117794/P004322011 |
| VIRTUOSO SOURCING GROUP<br>4500 CHERRY CREEK SOUTH DR SUITE 300<br>GLENDALE, COLORADO 80246 | CITY OF CHICAGO ADMINISTRATIVE HEARINGS<br>PO BOX 71429<br>CHICAGO, IL 60694-1429 |
| Account No. 5174903950/6042248623 | Account No. 2339746/6019183096744701 |
| CITY OF CHICAGO DEPARTMENT OF FINANCE<br>PO BOX 88292<br>CHICAGO, IL 60680-1292 | SMITH CHOEN<br>PO BOX 10645<br>SAINT PAUL MN 55110 |
| Account No. 5174903950/7005670389 | Account No. |
| CITY OF CHICAGO DEPARTMENT OF FINANCE<br>PO BOX 88292<br>CHICAGO, IL 60680-1292 | |
| Account No. | Account No. |
| | |
| Account No. | Account No. |
| | |
| Account No. | Account No. |
| | |
| Account No. | Account No. |
| | |
| Account No. | Account No. |
| | |
| Account No. | Account No. |
| | |
| Account No. | Account No. |
| | |
| Account No. | Account No. |
| | |
| Account No. | Account No. |
| | |

# UNITED STATES BANKRUPTCY COURT

In re _Pier J Robinson_  
 Debtor

Case No. _____

Chapter __7__

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____  
Printed name and title, if any, of Bankruptcy Petition Preparer  
Address:

X_____  
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

_____  
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

### Certification of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

_Pier J Robinson_ X_[signature]_ 12/12/14  
Printed Name(s) of Debtor(s) Signature of Debtor Date

Case No. (if known) _____  X_____  
 Signature of Joint Debtor (if any) Date

---

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Reset Save As... Print

FB 201A (Form 201A) (6/14)

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

1. <u>Services Available from Credit Counseling Agencies</u>

    **With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

    **In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

2. <u>The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors</u>

    **Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total fee $335)**
    Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
    Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
    The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny

Form B 201A, Notice to Consumer Debtor(s)                                                    Page 2

your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $550 administrative fee: Total fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.